UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


ORSON BENN,

        Petitioner,

v.                                    Case No.  8:11-cv-1512-T-17EAJ

SECRETARY, DEPARTMENT OF CORRECTIONS,

        Respondent.

_____

## **ORDER**

      This cause is before the Court upon Petitioner's cursory petition for writ of habeas corpus filed pursuant to Title 28, United States Code, Section 2254.  Petitioner also filed a motion for leave to file a memorandum of law in support of the petition and a motion to stay the petition until the State has wholly adjudicated his claims. However, the Court cannot determine what relief Petitioner is pursuing in state court at this time.  Furthermore, the Court warns Petitioner that if the petition is untimely as of June 27, 2011, staying the petition in this Court will not resurrect the one-year AEDPA time limitation.

      The petition is not on the proper form and the petition does not contain a concise statement of the facts supporting Petitioner's claims.  The Court must address every claim that Petitioner raises, and the Court cannot determine what Petitioner is claiming in the

present petition. Therefore, the petition is deficient and must be amended.

Accordingly, the Court orders:

1. That Petitioner's petition is dismissed, without prejudice.

2. That the Clerk shall transmit additional copies of the form for use in Section 2254 cases to Petitioner.

3. That Petitioner shall file, on or before **August 15, 2011,** an amended petition for writ of habeas corpus that complies with the instruction on the form and contains a concise statement of the facts supporting each claim. This case number should be affixed to the form and the words "Amended Petition" should be written on the top of the form. The amended petition must include all of Petitioner's claims in this action; it should not refer to the original petition.

The Court will not address claims raised in a memorandum of law that are not raised in the petition and supported by facts set out on the petition form. Any memorandum of law must not exceed 25 pages in length. (see Local Rule 3.01(a)).

4. On the date Petitioner files the amended petition, he must file a completed Affidavit of Indigency and a motion to proceed in forma pauperis, or must pay the $5.00 filing fee.

If Petitioner fails to submit an amended petition, WITH TWO COPIES FOR SERVICE ON RESPONDENTS, and to comply one of the two options in number 4, this case will be dismissed without further notice, for Petitioner's failure to prosecute under Rule 3.10, Local Rules, United States District Court, Middle District of Florida.

5. Petitioner's motion to stay the petition (Doc. No. 2) is denied, without prejudice.

6. Petitioner's motion for leave to file memorandum of law (Doc. 2) is granted to the

extent that the memorandum must comply with the Local Rules.

ORDERED at Tampa, Florida, on July 13, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Orson Benn