UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ORSON BENN,

    Petitioner,

v.                                            Case No. 8:11-cv-1512-T-17EAJ

SECRETARY, DEPARTMENT OF CORRECTIONS,

    Respondent.
_____

## ORDER

This cause is before the Court upon Petitioner's motion to dismiss his petition, without prejudice. (Doc. 8). Petitioner states that his family has retained counsel to pursue the appeal of his Rule 3.850 motion in state court.

In an earlier order, the Court warned Petitioner that if his petition was time-barred when he signed the petition on June 27, 2011, then the petition would be time-barred if this Court stayed the petition until Petitioner exhausted his state court remedies. This Court cannot tell whether this petition is currently time-barred. In an abundance of caution, the Court provides this warning to Petitioner: this Court cannot extend the time for exhausting state court remedies. Dismissing the petition without prejudice does not extend the one-year time limit for filing a timely petition if the petition is now time-barred.

With the above said, the Court orders:

That Petitioner's motion to dismiss his habeas petition, without prejudice (Doc. 8) is granted. The Clerk is directed to close this case.

ORDERED at Tampa, Florida, on July 27th, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Orson Benn